```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**RICO COHN**                                                            **PLAINTIFF**

        **v.**        **Civil No. 12-5218**

**DETECTIVE SCOTT CARLTON,**
Fayetteville Police Department; and
**FAYETTEVILLE POLICE DEPARTMENT**                                       **DEFENDANTS**

### O R D E R

Now on this 8th day of April 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #10) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #10) is hereby **adopted** *in toto*, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application to Proceed In Forma Pauperis** (document #2) is **denied,** and this case is **dismissed with prejudice.** The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED.**

   /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

-2-